Department of Homeland Security
U.S. Citizenship and Immigration Services

# THE UNITED STATES OF AMERICA

| Receipt | NOTICE DATE<br>January 17, 2006 |
|---|---|
| CASE TYPE<br>N400  Application For Naturalization | INS A#<br>A 078 803 575 |
| APPLICATION NUMBER<br>LIN*000856542 | RECEIVED DATE<br>January 09, 2006 | PRIORITY DATE<br>January 09, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ADEL RAZAQ JABER
# GARDEN
8031 N KNOX AVE
SKOKIE IL 60076

PAYMENT INFORMATION:

Single Application Fee:     $400.00
Total Amount Received:   $400.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:                July 01, 1972
Address Where You Live:   8031 N KNOX AVE # GARDEN
                          SKOKIE IL 60076

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

INS Customer Service
(800) 375-5283

APPLICANT COPY


EXHIBIT A

LIN*000804798

**08 C 874**             **JUDGE KOCORAS**
            **MAGISTRATE JUDGE VALDEZ     PH**

Department of Homeland Security  
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: 78 803 575

On 6/19/2006, you were interviewed by USCIS officer O'Reilly

☒ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __✓__ A decision cannot yet be made about your application.

It is very important that you:

☒ Notify USCIS if you change your address.

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.


Form N-652 (Rev. 01/10/05)N


EXHIBIT B



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY INTELLIGENCE AND SECURITY COMMAND
8825 BEULAH STREET
FORT BELVOIR, VIRGINIA 22060-5246

REPLY TO
ATTENTION OF

IACS-CL (381)                                   Tuesday, March 07, 2006

SUBJECT: Letter of Identification and Authorizations (LOIA)

1. Refer to Contract Number W911W4-04-D-0005 effective 10 SEP 2004

2. NAME: JABBER, ADEL R
   ID: 618231703
   GSE: GS-12
   ADDRESS: Titan Corporation
            1900 Campus Commons Drive
            Suite 600
            Reston, VA 20191
   INITIAL DUTY STATION: IRAQ

3. Contract W911W4-04-D-0005 is contingency based and as such, the bearer is a Contingency Contractor, considered EMERGENCY ESSENTIAL and expected to use all means at their disposal to continue to provide services, in accordance with the terms and conditions of the contract during periods of crisis, until appropriately released or evacuated by military authority.

4. The bearer of this letter is an employee of Titan Corporation, which has a contract with US Army Intelligence and Security Command ISO Operations ENDURING and IRAQI FREEDOM under Government contract W911W4-04-D-0005. During the period of the contract 10 MAR 2005-9 MAR 2007, AND ONLY IF THE VENDOR PERMITS, Space Required Travel is Authorized on AMC flights, and the named bearer is eligible and authorized to use Government travel offices and available travel discount rates in accordance with Government contracts and/or agreements to, from, and within the Area of Operations, including GUANTANAMO BAY, CUBA, AFGHANISTAN, IRAQ, PAKISTAN, UZBEKISTA, KIRGIZIA, TADJIKISTAN, TURKMENISTAN, TURKEY, ITALY, KUWAIT, UAE, BAHRAIN, SAUDI ARABIA, QATAR, DJIBOUTI, KENYA, ETHIOPIA, GERMANY or other countries in the ENDURING FREEDOM AOR. Government Contract City Pair fares are not available to Contractors.

5. Bearer will travel from Continental United States (CONUS) via the CONUS Replacement Center (CRC), Ft. Benning, GA, to the Area of Operations. Upon completion of the mission, bearer will return to the United States via CRC, utilizing the travel methods described in paragraph 3.

6. US Government-provided facilities and transportation will be utilized to the maximum extent possible including, but not limited to, billeting and messing (as or commensurate with permanent party members). Travel via MILITARY AIRLIFT will be billed to the following address:

Titan Corporation
ATTN: Accounts Payable
1900 Campus Commons Drive
Suite 600
Reston, VA 20191
(703) 390-7600

Contractor will obtain authorization from the Contracting Officer or Contracting Officer Representative prior to incurring non-government transportation costs.

7. Excess baggage up to three (3) bags is authorized.

8. When stationed outside CONUS, Germany, and Italy bearer is authorized to be issued and carry a DOD ID card as a US Military Contractor and use US Government facilities and services (for example, Commissary, Military Exchange (Post or Base Exchange [PX/BX]), Medical Treatment Facilities). When in-transit to the Iraq Theater of



IACS-CL                                                                                           JABBER, ADEL R

SUBJECT: LOIA                                                                                     618231703

Operations (thru Germany); the bearer is considered deployed, and therefore authorized government meals/lodging (exclusive of previously mentioned US Government facilities and services). List of all authorized logistic support items follows: Commissary to include rationed items; Military Exchange to include purchase or replacement purchase of appropriate military clothing and equipment to include one (1) Belt, Black Trousers; one (1) Cap Combat, Desert Camouflage; one (1) pair Boots, Desert; four (4) Coats, Camouflage Desert Pattern; four (4) Trousers, Camouflage Desert Pattern; (2) Coats, Camouflage Desert Pattern; two (2) Trousers, Camouflage Desert Pattern; one (1) Coat, Cold Weather; two (2) Towels, Cotton Bath; appropriate and designated Organizational Clothing and Individual Equipment (OCIE); and, rationed items with the exception of alcoholic beverages; military postal service; local US Government transportation when on official business; medical and dental services; local recreation facilities and services; military banking facilities to include credit unions; customs exemption; legal assistance if necessary; and, coverage or protection under an appropriate Status of Forces Agreement (SOFA) if executed and implemented.

9. Any inquiries regarding this LOI should be addressed or referred to the Contracting Officer's Representative via mail, Commander, HQ USAINSCOM, ATTN: IACS-CL, 8825 Beulah Street, Ft. Belvoir, VA 22060, fax (703) 706-2928 or telephone (703) 706-1458, 0800 to 1600 hours Eastern Standard Time [EST] Monday thru Friday.

APPROVING OFFICIAL

YVONNE F. HOWERTON
Contracting Officer

REQUESTING OFFICIAL

TIMOTHY G. DUNN
COL, MI
Contract Linguist Project Manager



# L3 communications
Titan Linguist Operations & Technical Support

*Presented to*

## Adel Jaber

# 18 Months of Faithful and Dedicated Service in Iraq

For your unwavering commitment and service to L-3 Communications and the American people in support of Operation Iraqi Freedom. Our sincere appreciation and lifetime appreciation.

Scott Peller
Sr. Vice President, Government Operations Branch
Program Manager, NSPA and Language Contract



John B. Miller
Vice President and Operations Manager
Titan Linguist Operations & Technical Division
L-3 Comm. Government Services Group

EXHIBIT

15 May 05

MEMORANDUM

From: Sergeant Matthew D. Brown, USMC
To:   Whom It May Concern

Subj: EXCELLENT PERFORMANCE OF ADEL JABER IN THE CONDUCT OF HIS DUTIES AS A COALITION FORCES LINGUIST

1. It is my distinct pleasure to give my recommendation to Adel Jaber, a linguist of extraordinary talent and dedication. Without his tireless efforts and great attitude, I would not have been able to accomplish my missions with the same degree of success that I have enjoyed during Operation Iraqi Freedom III. Adel worked as my linguist from March 2005 through May 2005.

2. Notably, "Mike," as the Marines call him, served alongside me during recent operations in and around Fallujah, Iraq. Through all of our trials and tribulations Mike maintained his demeanor, attitude, and focus despite numerous close calls, little or no sleep, and harsh living conditions. Mike possesses an uncommon devotion to his duty, which is apparent in his daily actions. With little or no forewarning, Mike was ready for duty in a moment's notice. He performed duties which most are unwilling to accommodate.

3. Mike assisted me in countless screenings of insurgent detainees, accompanied me on numerous combat patrols, and frequently worked more than 12 hours a day, 7 days a week. Most of his peers could not keep up with the pace; however Mike met every challenge presented and was truly more than a linguist; he is part of the team.

4. His endless dedication and devotion to duty reflected great credit upon himself. When his tour is complete here he will be truly missed. If given the opportunity I feel Mike would be a great asset to any organization.

M.D. BROWN



**DEPARTMENT OF THE ARMY**
B Company, 2nd Battalion, 5th Special Forces Group (Airborne)
Baghdad, Iraq, CJSOTF-AP

AOSO-SFA-SN-BO                                                                                          24 DEC 2005

MEMORANDUM FOR Whom it may concern

SUBJECT: Letter of Recommendation for Adel Razaq Jaber

    Adel Razaq Jaber worked for me as an Iraqi-American interpreter in Baghdad, Iraq from July 2005 through January of 2006. Adel's work with my team entailed translating documents back and forth from English to Arabic, and facilitating relations with local citizens, community leaders, and Iraqi military members. His work was extremely mentally and physically challenging, and required the utmost in cultural understanding and people skills. Due to the war torn environment and an unstable security situation, Adel routinely participated in extremely dangerous and easily life-threatening situations while working with us.

    I enjoyed working with Adel on a daily basis and came to depend on him because of his ability. He continually demonstrated a sensitivity, reliability, and situational awareness that allowed me and my team to operate very effectively throughout the duration of our deployment. Adel was completely comfortable talking with any character set, from the ordinary Iraqi citizen to Iraqi and Coalition Force military personnel. He had absolute confidence in his abilities and it showed in the way he was able to operate in such a diverse environment. Adel kept his composure in all situations we placed him in, and was absolutely key to our success. The dangerous nature of our job and the environment that we operated in required that Adel carry a weapon, and we trusted him to do so to protect himself as well as us. Adel was an integral member of our team.

    Without reservation I recommend Adel Razaq Jaber for any position that he seeks. His work ethic, professionalism and judgment are superior. Based on his performance in this environment, I am absolutely certain that he will succeed in any endeavor to which he aspires. Adel will especially excel in positions that require a high level of maturity, cultural awareness, people skills, and judgement, even in the most stressful environments. Adel has excellent potential.

                                                        MICHAEL G. REBER
                                                        CPT, SF
                                                        Detachment Commander



DEPARTMENT OF DEFENSE
FOB CENTRAL
COMBINED JOINT SPECIAL OPERATIONS TASK FORCE – ARABIAN PENINSULA
BAGHDAD, IRAQ
APO AE 09342

CJSOTF-AP-FOB102-CO                                            15 May 2006

MEMORANDUM FOR WHOM IT MAY CONCERN

SUBJECT: LETTER OF RECOMMENDATION FOR ADEL JABER, FIELD TRANSLATOR, AL DOURA HOUSE.

1. ADEL JABER has been working with this ODA since 25JAN06. He has proven to be dedicated and faithful to both the ODA and the pursuit of freedom in Iraq. Adel has never hesitated to offer his assistance in tasking above and beyond his normal duties.

2. Adel's ability to communicate between the ODA and Local Nationals meets and exceeds our expectations. At any time he is ready and willing to assist the ODA in any and all translator tasking. When not tasked, Adel would generate his own tasking to benefit the ODA and the Multi National Force in general.

3. Adel has a great understanding of both the American and Iraqi ways of life and languages. This has assisted the ODA on a number of occasions to drive forward with our mission. We have a strong feeling that Adel will continue his excellent work ethics wherever and with whomever he serves with.

4. Although it has been a short time Adel has worked with us, I would definitely recommend him for any translator work that requires a hard and loyal worker. He will be a great asset to any Special Operations team.

KRIS A. ANDERSEN
MSG, 18Z
OPERATIONS SEARGENT / ODA 942

13 Jan 05

MEMORANDUM

From: First Lieutenant Nathan R. Schmidt, Officer-in-Charge
To:   Immigration Service

Subj: EXCELLENT PERFORMANCE OF ADEL JABER IN THE CONDUCT OF
      HIS DUTIES AS A COALITION FORCE'S LINGUIST

1. It is my distinct pleasure to give my highest recommendation to Adel Jaber, a linguist of superb talent and excellent dedication to our mission in support of Iraqi Freedom II. Without his tireless efforts and great attitude, we would not be able to accomplish our all important mission of winning the hearts and minds of the Iraqi people. He has spent from September 2004 until the present time with our team as a linguist, and he is considered one of us after all he has done and accomplished over these past months.

2. Notably, "Mike," as we affectionately call him, served alongside our team members during recent operations in Fallujah, IZ. Through all of the firefights and engagements, Mike maintained his demeanor and attitude despite numerous close calls and little to no prior military training and experience. This dedication, alone, wins me the greatest respect for this fellow American, who put himself in harms way to support his fellow service members.

3. Mike has conducted numerous screenings of insurgent detainees and countless hours of employment. Working 12 or more hours a day, 7 days a week is not at all a light work schedule, and Mike has never complained about the demands placed upon him and the performance expected of him. His attitude has helped the whole team endure some difficult times when we lost two of our Marines as a result of combat casualties.

4. With the above validations outlining his performance, I cannot help but strongly recommend Mike for any and all future employment and in his process to earn American citizenship. In my book, he is as American as they come.

N. R. SCHMIDT



UNITED STATES MARINE CORPS
3D BATTALION, 4TH MARINES
1ST MARINE DIVISION (REIN)
UIC 41608
FPO-AP 96426-1600

1000
S-1
8 Apr 05

From: Commanding Officer
To: Whom-it-may-concern

Subj: LETTER OF RECOMMENDATION FOR ADEL JABER, FIELD TRANSLATOR, 3D BATTALION, 4TH MARINES

1. Adel Jaber is a gifted translator with a command of both Arabic and English languages. In addition, Adel has proven to be faithful and true to the pursuit of freedom in Iraq. He truly is dedicated in his service to his country. Constantly working with our Marines, Adel has assisted the people of Fallujah in their strive for a better life. Multiple times, Adel has endangered his own life to assist our personnel and civilians around him. No matter the task asked of Adel, he responded with enthusiasm, and finished the job to the best of his ability. During his work, right along side his brother Marines and Soldiers, Adel never hesitated to get right into the fight against what is now a strong and resolute enemy. On various occasions his dedication to protect and assist his fellow Marines and Soldiers was proven.

2. Adel's ability to communicate with great mastery assisted our Marines, the people of Fallujah, and also Adel's fellow translators. This ability was further augmented by his sense of loyalty and desire to assist humanity. This desire was exemplified; Adel was able to relate what the people of Fallujah said into terms we could more clearly understand. It was this display of skill and proficiency that played a major role in our Battalion's success. He developed a close relationship with his fellow Marines and Soldiers, and does his very best to enhance their Iraqi experience. I have been very pleased with Adel not only in his performance as a translator, but also for his reasoning, judgment, and his desire for peace that transcends mankind.

3. Adel's display of respect and his optimistic outlook will open the doors for future opportunities in Adel's career. We hope to have the chance to work with Adel again in the future and I am sure that other organizations would be blessed to have him. I can confidently recommend him for any position working with American forces. I am also confident he will find success upon his return to the United States. However, with Iraq

Subj: LETTER OF RECOMMENDATION FOR ADEL JABER, TRANSLATOR, 3D BATTALION, 4TH MARINES

growing and striving toward a better future, Adel would be vital in our assistance to the Iraqi people in the rebirth of the nation.

4. Adel has a positive impact on whatever he does. He already has a strong set of skills that will be useful in almost any workplace. He has a unique understanding of both American and Iraqi cultures and languages. Using this skill Adel is in a position to work directly with the intelligence community. Through his work we also believe Adel could be of assistance in working with detainees during these difficult times. I also know Adel will continue to be a key assistant in working with Multi-National Forces should he choose that career path.

5. Adel will always be remembered as a brave friend. I am thankful for the chance to have been in his company in and around the city of Fallujah, and I will pray for his safety and continued success while serving Iraq and its people. Adel has earned and deserves my highest respect, admiration, and appreciation as a friend and brother while striving towards continuous peace throughout Iraq.

6. If you have any questions regarding Adel's outstanding service to our Battalion, or require additional information, I may be contacted at the address listed on the letterhead at the top of the previous page.

A. R. KENNEDY
Lieutenant Colonel, U.S. Marines
Commanding Officer, 3d Bn, 4th Marines



Home   Contact Us   Site Map   FAQ

Search 

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

[Print This Page]  [Back]

# U.S. Citizenship and Immigration Services
## Chicago IL Processing Dates
## Posted January 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide --

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **Chicago IL** Posted January 15, 2008

| Form | Form Name | Processing Timeframe |
|---|---|---|
| I-131 | Application for Travel Documents | October 17, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | July 19, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | August 22, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | August 22, 2007 |
| I-765 | Application for Employment Authorization | October 30, 2007 |
| N-400 | Application for Naturalization | June 19, 2007 |
| N-600 | Application for Certification of Citizenship | September 07, 2007 |

[Print This Page]  [Back]


EXHIBIT