# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 874 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Jaber vs. Dorochoff | | |

**DOCKET ENTRY TEXT**

Plaintiff's counsel having informed the Court by telephone that the complaint has been settled and is moot, the complaint is hereby dismissed with prejudice. Status hearing set for 4/16/2008 is stricken.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|