# United States District Court
## Northern District of Illinois
### Eastern Division

Adel Razaq Jaber  **JUDGMENT IN A CIVIL CASE**

     v.  Case Number: 08 C 874

Ruth A. Dorochoff, District Director of
United States Citizenship and
Immigration Services

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed with prejudice.

                                                Michael W. Dobbins, Clerk of Court

Date: 4/2/2008                       /s/ Stephen C. Tokoph, Deputy Clerk